SEAN REIS (SBN 184044)
(sreis@edelson.com)
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

[Additional counsel appearing on signature page]

*Attorneys for Plaintiffs* NICOLE PIMENTAL,
JESSICA FRANKLIN and the Putative Classes

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE PIMENTAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE, INC., a Delaware corporation, and SLIDE, INC., a Delaware Corporation,<br><br>Defendants. | Case No.: 11-cv-02585-SBA<br><br>Class Action<br><br>**ORDER CONSOLIDATING RELATED CASES, APPOINTING INTERIM LEAD COUNSEL AND AUTHORIZING FILING OF PLAINTIFFS' CONSOLIDATED COMPLAINT** |
| JESSICA FRANKLIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE, INC., a Delaware corporation, and SLIDE, INC., a Delaware Corporation,<br><br>Defendants. | Case No.: 11-cv-3333-SBA<br><br>Class Action |

1  Having considered the parties' Stipulation to Consolidate Related Cases and
2  Authorize Filing of Plaintiffs' Consolidated Complaint (the "Stipulation"), and finding that
3  the cases below involve common questions of law and fact, and that efficiency, consistency
4  and reduced cost and delay will result from consolidation and the other relief sought, the
5  Court ORDERS as follows:
6      1.  The following cases are hereby consolidated for all purposes pursuant to Rule
7  42(a) of the Federal Rules of Civil Procedure before the Honorable Saundra B. Armstrong:

| Case Name | Case Number | Date Filed | Judge |
| --- | --- | --- | --- |
| *Nicole Pimental v. Google, Inc., and Slide, Inc.* | 11-cv-02585 | 05/27/2011 | Saundra B. Armstrong |
| *Jessica Franklin v. Google, Inc., and Slide, Inc.* | 11-cv-3333 | 07/07/2011 | Saundra B. Armstrong |

    2.  These actions are referred to herein as the "Consolidated Action." This order (the "Order") shall apply to the Consolidated Action and to each case that is subsequently filed in this Court or transferred to this Court that is found to relate to the same matter as the Consolidated Action, unless a party objecting to the consolidation of such case or to any other provision of this Order files, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, an application for relief from this Order or any provision herein, and this Court deems it appropriate to grant such application.

    3.  Any related action that is subsequently filed in, or transferred to this District shall be consolidated for all purposes as soon as it is brought to the Court's attention.

    4.  Every pleading in this proceeding, or in any separate action included herein shall bear the following caption:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE PIMENTAL and JESSICA FRANKLIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE INC., a Delaware corporation, and SLIDE, INC., a Delaware Corporation,<br><br>Defendants.<br>―――――――――――――――――<br>This Document Relates To: | Case No. 11-cv-2585-SBA |

5.  When a pleading is intended to be applicable to all actions to which this Order is applicable, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above. When a pleading is intended to be applicable only to some, but not all, of such actions, the Court's docket number for each individual action to which the paper is intended to be applicable and the last name of the plaintiff in said action shall appear after the words "This Document Relates To:" in the caption set out above.

6.  When a case that relates to the same subject matter of the Consolidated Action is hereafter filed in this Court or transferred from another court, the Clerk of this Court shall:

    a.  File a copy of this Order in the separate file for such action;

    b.  Mail a copy of the Order to counsel for the plaintiff(s) in the newly-filed case; and

    c.  Make the appropriate entry in the Master Docket for the Consolidated Action.

[Proposed] Order Re Consolidation

7. The Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case that might properly be consolidated as a part of this Consolidated Action.

8. Edelson McGuire LLC is hereby appointed to serve as interim lead counsel for Plaintiffs and the Class, and Weiss & Lurie is hereby appointed to serve as liaison counsel for Plaintiffs and the Class in this consolidated proceeding pursuant to Fed. R. Civ. P. 23(g)(3). The Court finds that Edelson McGuire LLC and Weiss & Lurie satisfy the criteria set out in Fed. R. Civ. P. 23(g)(1)(A)(i)-(iv).

9. Plaintiffs in this Consolidated Action shall serve upon defendants a single consolidated class action complaint (the "Consolidated Complaint"). The Consolidated Complaint shall supersede all existing complaints filed in the Consolidated Action.

**IT IS SO ORDERED.**

DATED: 9/22/11

_____
HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE